UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ISAIAS HERNANDEZ-MONTOYA,

Defendant.
_______________________________/

Hon. Robert J. Jonker

Case No. 1:26-cr-00124

**ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in a four-count indictment. Count 1 of the Indictment charges him with alien felon reentry, in violation of 8 U.S.C. §§ 1326(a) and (b)(1); count 2 charges him with unlawful use of means of identification of another person, in violation of 18 U.S.C. § 1028(a)(7); count 3 charges him with false claim of united states citizenship, in violation of 18 U.S.C. § 1546(a) and count 4 charges him with misuse of a social security account number, in violation of 41 U.S.C. § 408(a)(7)(b).

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a significant risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on November 23, 2026, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that government met its burden of establishing by preponderant evidence that defendant poses a significant risk of non-appearance, and by clear and convincing evidence that he is a danger to the community. Further, the Court finds that there are no conditions or a combination of conditions of release that will ensure the appearance of the defendant and the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on November 23, 2026.

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge